FILED
2007 Mar-14 PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDERS WASHINGTON, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>GRANT CULLIVER, WARDEN, )<br>and THE ATTORNEY GENERAL )<br>OF THE STATE OF ALABAMA, )<br>)<br>Respondents ) | Case No. 2:05-cv-02187-LSC-HGD |

### **FINAL JUDGMENT**

On December 27, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On February 3, 2007, after obtaining an extension of time, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

Done this 14th day of March 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153